**Electronically Filed
Supreme Court
SCWC-17-0000087
13-AUG-2019
02:17 PM**

SCWC-17-0000087

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

NINO ABRIGO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000087; CASE NO. 1DTA-16-01924)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed June 28, 2019, is corrected as follows:

On page 35, in the third line of the paragraph, replace "circuit court" with "district court".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, August 13, 2019.

/s/ Richard W. Pollack

Associate Justice

